SCWC-12-0000917

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF K CHILDREN

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000917; FC-S NO. 05-0052)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Toʻotoʻo, in place of Acoba, J., recused)

Petitioner/Mother-Appellant's application for writ of

certiorari filed on January 14, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 19, 2014.

Rebecca A. Copeland
for petitioner

Kimberly Tsumoto Guidry
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Faʻauuga L. Toʻotoʻo

